**FILED**

2026 Feb-23  AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| **UNITED STATES**<br><br>**v.**<br><br>**ARCELIA OTERO TIDWELL**<br>**DAYTON LAYNE WAKEFIELD**<br>**ROBERT MORGAN MADISON**<br>**DANIEL EUGENE VICKERY**<br>**RICHARD DOUGLAS HOLTZMAN**<br>**JACOB DLEE EDWARDS** | **Case 6:25-cr-438-ACA-JHE** |

### NOTICE OF WITHDRAWAL OF COUNSEL

The United States submits this notice of withdrawal of the appearance of Michael Royster, Andrew Cherry, and Mark Blumberg as counsel on behalf of the United States in this matter. Mr. Cherry and Mr. Blumberg have left their positions with the Department of Justice, Civil Rights Division, and Mr. Royster has left his position with the United States Attorney's Office.

The United States will continue to be represented by John B. Ward, Allison Garnett, Cassandra Hughes, and Alec Ward in this case, all of whom have filed

1

notices of appearance as counsel of record.

CATHERINE L. CROSBY
Acting United States Attorney

*/s/ Electronic Signature*
ALLISON J. GARNETT
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that, on February 23, 2026, I filed this document via the CM/ECF system, which caused a copy to be served on all counsel of record.

/s/ Electronic Signature
ALLISON J. GARNETT
Assistant United States Attorney
Northern District of Alabama